Case 4:18-cv-00353   Document 19   Filed on 08/28/18 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 28, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WAYNE THOMAS, an individual, | ) ) ) |
| Plaintiff, | ) Case No.: 4:18-cv-00353 ) |
| v. | ) ) |
| AMERIPAK GROUP, INC., a Texas Corporation, | ) ) ) |
| Defendant. | ) ) ) |

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** came before the Court on Plaintiff's and Defendant's Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii). The Court having reviewed said Stipulation, and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** that Defendant Ameripak Group, Inc. is hereby dismissed with prejudice from this action; **ORDERED AND ADJUDGED** that, except as otherwise agreed, the respective parties shall bear their own attorneys' fees and costs.

**DONE AND ORDERED** in Chambers this 28th day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE

1